**PEPPER HAMILTON, LLP**
301 Carnegie Center
Suite 400
Princeton, NJ 08543-5276
(609) 452-0808
*Attorneys for Plaintiffs*
*DOW PHARMACEUTICAL SCIENCES, INC. and*
*VALEANT PHARMACEUTICALS NORTH AMERICA LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOW PHARMACEUTICAL SCIENCES, INC. and VALEANT PHARMACEUTICALS NORTH AMERICA LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY and PERRIGO ISRAEL PHARMACEUTICALS LTD., <br><br> Defendants. | Electronically Filed <br><br> Civil Action No.: |

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Dow Pharmaceutical Sciences, Inc. and Valeant Pharmaceuticals North America LLC certify to the best of their knowledge and belief that Dow Pharmaceutical Sciences, Inc. is a wholly-owned subsidiary of Valeant Pharmaceuticals International and Valeant Pharmaceuticals North America LLC is a wholly-owned subsidiary of Valeant Pharmaceuticals International.

Case 2:13-cv-06922-SRC-CLW Document 19-3 Filed 11/15/13 Page 2 of 2 PageID: 407

Dated: November 15, 2013　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ John F. Brenner
　　　　　　　　　　　　　　　　　　　By: John F. Brenner, Esq.
　　　　　　　　　　　　　　　　　　　Pepper Hamilton LLP
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*
　　　　　　　　　　　　　　　　　　　*DOW PHARMACEUTICAL SCIENCES, INC. and*
　　　　　　　　　　　　　　　　　　　*VALEANT PHARMACEUTICALS NORTH*
　　　　　　　　　　　　　　　　　　　*AMERICA LLC*

**Of Counsel:**

Charles E. Lipsey
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

Bryan C. Diner
Justin J. Hasford
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000